670

to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Fred Katzmaier* for petitioners. *Mr. Samuel S. Jennings, Jr.* for respondent.

No. 223. ADLER (NOW COWLEY-BROWN) *v.* ADLER. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Ode L. Rankin* for petitioner. *Mr. Floyd E. Thompson* for respondent.

No. 224. HAYWARD ET AL. *v.* CITY OF CORPUS CHRISTI. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. David M. Wood* for petitioners. *Mr. W. A. Keeling* for respondent.

No. 226. NOLAND *v.* NOLAND ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Calvin S. Mauk* for petitioner. *Mr. Chas. F. Blackstock* for respondents.

No. 227. LAND OBEROESTERREICH *v.* GUDE ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel R. Wachtell* for petitioner. *Messrs. A. Spotswood Campbell* and *Karl T. Frederick* for respondents.

No. 229. AMIOT, GUARDIAN, ET AL. *v.* KANSAS CITY LIFE INSURANCE Co. October 14, 1940. Petition for